**3**

Timothy C. Springer, Esq. #207229
Nancy D. Klepac, Esq. #253896
LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. West, Suite 102
Fresno, CA 93705
Telephone: (559) 225-3622
Facsimile: (559) 225-3459
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

CHRISTINA HALL

            Debtor

Case No. 19-13821-A-13F

DCN: TCS-4

CHAPTER 13

Hearing date and Time:
Date: November 16, 2023
Time: 9:30 A.M.
Dept: A
Ctrm: 11 (5th Floor)
United States Bankruptcy Court
Fresno, California
Judge Jennifer Niemann

## MOTION FOR CONFIRMATION OF FIRST MODIFIED CHAPTER 13 PLAN PURSUANT TO 11 USC §§ 1325 AND 1329

The Debtor, Christina Hall, (hereinafter referred to as "Debtor") hereby moves this Court for an Order confirming her First Modified Plan. In support of this motion, the Debtor states the following:

1) Christina Hall is the Debtor in the above-entitled petition filed September 3, 2019 pursuant to Chapter 13 of Title 11 of the United States Code.

2) The Debtor's Chapter 13 Plan was confirmed on January 7, 2020.

3) The Debtor is current on her plan payments and her Chapter 13 Plan is not in default.

4) On July 20, 2023, the Debtor's vehicle which was being paid in Class two of the Debtor's Chapter 13 Plan was totaled in a vehicular accident.

5)  The Chapter 13 Trustee is to be paid by the insurance company with regard to the class two debt and the Debtor is seeking to incur debt to purchase a replacement vehicle that will be paid in Class 4 outside of her plan.

6)  In order for her to afford the new vehicle payment, the Debtor is amending her schedules to show the additional expense and amending her plan to reflect her ability to make payments.

7)  There are only 12 months remaining in the Debtor's Chapter 13 Plan.

8)  In the First Modified Chapter Plan the distribution to the unsecured creditors remains 1%.

9)  The First Modified Plan satisfies the liquidation value of $0.00.

10) The Debtor did not have any projected disposable income.

11) This First Modified Plan complies with applicable law.

12) Any fees or charges required by Chapter 123 of Title 28 of the U.S. Code have been paid.

13) The Plan is proposed in good faith and is not by any means forbidden by law.

14) The Petition was filed in good faith. The Debtor has been in this bankruptcy case for 47 months and intends to complete this Plan.

15) Debtor has listed all assets in Schedule A and B and believes the values remain the same, if not less.

16) The First Modified Plan provides that all secured creditors retain their lien on their collateral until the secured claim is paid or until the creditors accepts surrender of their collateral. All claims of secured creditors are treated in accordance with either accepted the Plan, will be allowed to collect, and dispose of the collateral via surrender thereof, or will be paid the value of their collateral pursuant to terms of the Plan. Either there are no motions to value, or they have been granted.

17) As stated in the Debtor's declaration, the Debtor asserts that there are not any delinquent domestic support obligations and all applicable tax returns which have become due for the last four years have been filed.

18) Based on the foregoing, the Debtor respectfully requests that the Court confirm the First Modified Chapter 13 Plan.

Dated: October 12, 2023

*/s/ Nancy D. Klepac*
Nancy D. Klepac,
Attorney for Debtor

MOTION TO CONFIRM - 3