**3**

Timothy C. Springer, Esq. #207229
Nancy D. Klepac, Esq. #253896
LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. West, Suite 102
Fresno, CA 93705
Telephone: (559) 225-3622
Facsimile: (559) 225-3459
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CHRISTINA HALL<br><br>　　　　　　　　　Debtor(s) | Case No. 19-13821-A-13F<br>DCN: TCS-3<br>CHAPTER 13<br><br>**MOTION FOR AUTHORIZION TO INCUR DEBT**<br><br><u>Hearing date and Time:</u><br>Date:　October 26, 2023<br>Time:　9:30 A.M.<br>Dept:　A<br>Ctrm: 11(5th Floor)<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, California 93721-1318<br>Judge Jennifer Niemann |

　　　The Debtor, Christina Hall, (hereinafter referred to as "Debtor"), seeks authorization to use the insurance money from the payoff of totaling her prior vehicle after repaying the lien along with authorization to incur debt in an amount not to exceed $20,000.00 to be paid over 72 months at an interest rate of 14.95% to purchase a 2018 Kia Soul or similar vehicle. In support of this Application, the Debtor states the following:

1) Debtor commenced this case on September 3, 2019 and the Chapter 13 Plan was confirmed on January 7, 2020

2) Since the confirmation of her Chapter 13 Plan, the Debtor has been making all my payments as scheduled and the Plan is not in default.

3) On July 20, 2023, the Debtor was in a vehicle accident and her car was totaled.

4) The Debtor is going to be receiving $13,585.55 after the deductible and her insurance company is going to pay the Trustee directly in order to pay off the lien.

5) The Debtor is seeking to use the surplus amount as a down payment on the purchase of a replacement vehicle.

6) The Debtor has been looking at a 2018 Kia Soul which would require financing in the amount of $18,100.00

7) The Debtor was pre-approved for a loan by CARMAXX for $25,000.00.

8) This loan would require putting $10,000.00 down from the insurance payoff and then making payments of $385 for 72 months at 14.95%.

9) The Debtor is also looking at similar vehicles.

10) The Debtor needs a vehicle to drive to work.

11) The Debtor lives in Clovis and works in Fresno along with going to different training locations throughout the Central Valley.

12) The Debtor will be modifying her Chapter 13 plan in order to remove the old car payment from the plan and the payment on the new debt will be made in Class 4 outside of the bankruptcy plan.

13) The Debtor has only have 12 months remaining on her bankruptcy plan.

14) Amended Schedules I and J demonstrate the Debtor's ability to make both her plan payment and her proposed vehicle payment.

**APPLICATION FOR AUTHORIZATION TO INCUR DEBT** 2

15) The distribution to the other creditors will remain at 1%.

16) The Debtor does not believe any creditors will be biased by the granting of this motion.

17) For all the reasons set out above, the Debtor believes that the granting of this motion will not materially or adversely affect the interests of any creditor or the Debtor's prospects for successful completion of the Chapter 13 plan in this case.

THEREFORE, the Debtor move this honorable Court for authorization to use the insurance money from the payoff of totaling her prior vehicle after repaying the lien along with authorization to incur debt in the amount of $20,000.00 to be paid over 72 months at an interest rate of 14.95% to purchase a 2018 Kia Soul or similar vehicle and prays for such other and further relief as is just and proper.

Dated: October 12, 2023

Nancy D. Klepac
Attorney for Debtors

**APPLICATION FOR AUTHORIZATION TO INCUR DEBT** 3