**2**

**Timothy C. Springer, Esq.** #207229
Nancy D. Klepac, Esq. #253896
LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. West, Suite 102
Fresno, CA 93705
Telephone: (559) 225-3622
Facsimile: (559) 225-3459
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 19-13821-A-13F |
| CHRISTINA HALL | DCN: TCS-3 |
| Debtor | CHAPTER 13 |
| | Hearing date and Time: |
| | Date: October 26, 2023 |
| | Time: 9:30 A.M. |
| | Dept: A |
| | Ctrm: 11(5th Floor) |
| | United States Bankruptcy Court |
| | 2500 Tulare Street |
| | Fresno, California 93721-1318 |
| | Judge Jennifer Niemann |

## NOTICE OF MOTION TO AUTHORIZE THE DEBTOR TO INCUR DEBT

    **PLEASE TAKE NOTICE** that the Debtor in the above-entitled case has filed an

expedited application to incur debt. Debtor will move the court to grant her motion at the above

date and time, or as soon thereafter as the matter may be heard, in Department "A" of the above-

entitled court, located at the U.S. Courthouse, 2500 Tulare Street, Courtroom 11, 5th Floor,

Fresno, California 93721.

    The Motion is based upon this Notice of Hearing, the accompanying MOTION TO

AUTHORIZE THE DEBTOR TO INCUR DEBT, upon such other and further papers and

**NOTICE OF EXPEDITED MOTION**

evidence as the Debtors may submit to the Court prior to and/or, as the Court may permit at the hearing of the Motion.

**NOTICE IS ALSO GIVEN** that this is an "expedited" motion. No written opposition is required. Anyone wishing to oppose the Debtor(s) motion should appear in court at the time and place set forth above and be heard concerning the motion.

**PLEASE TAKE FURTHER NOTICE** that parties can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling and can view any pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing, and that parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Date: October 12, 2023

Law Offices of Timothy C. Springer

by Nancy D. Klepac
Attorneys for Debtors

**NOTICE OF EXPEDITED MOTION**