Michael H. Meyer, Esq. #82336
Chapter 13 Standing Trustee
Sarah R. Velasco, Esq. #255873
Staff Attorney
P.O. Box 28950
Fresno, CA 93729-8950
Telephone (559) 275-9512
Fax (559) 275-9518
E-mail: noticing@meyer13.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CHRISTINA CHANAE HALL<br>XXX-XX-5571<br><br><br>Debtor | CASE NO. 19-13821-A-13F<br><br>DC NO.: TCS-6<br><br>CHAPTER 13 TRUSTEE'S OPPOSITION TO CONFIRMATION OF CHAPTER 13 PLAN<br><br>DATE: December 14, 2023<br>TIME: 9:30 am<br>PLACE: U.S. Courthouse<br>5th Floor, Dept A, Courtroom 11<br>2500 Tulare Street<br>Fresno, CA 93721<br>JUDGE: Hon. Jennifer E. Niemann |

**Michael H. Meyer**, Chapter 13 Trustee in the above referenced matter, objects to confirmation of the Chapter 13 Plan filed on November 06, 2023, on the following grounds:

## I.

## **BASIS OF OBJECTION**

**1. The plan fails to provide for submisson of all or such portion of future earnings or other future income to the supervison and control of the Trustee as is necessary for execution of the plan. [11 U.S.C. §1322(a)]**

The Class 1 ongoing mortgage is delinquent one mortgage payment in the amount of $1,487.48 through October 2023. All funds on hand will be held until there is sufficient funds on hand to make the full mortgage payment at the expense of the other claims. There are funds on hand of $501.48. The plan payment is delinquent $55.66, through October 2023, under the modified plan.

## II.

## POINTS AND AUTHORITIES

11 U.S.C §1322(a) provides that a plan shall provide for certain payments to creditors and for payment of claims within specified classes. Pursuant to 11 U.S.C. §1325(a)(1) the Court shall confirm a plan if the plan complies with the provisions of Chapter 13 and with other applicable provisions of this title.

11 U.S.C. §1325(a) provides that the Court shall confirm a plan if certain criteria set forth in §1325(a) is met.

The debtors carry the burden of proving, by a preponderance of the evidence, that the plan complies with the statutory requirements of confirmation. <u>In re Arnold and Baker Farms,</u> 177 B.R.648, 654 (9th Cir. BAP 1994), <u>In re Warren,</u> 89 B.R. 87, 93 (9th Cir. BAP 1988), <u>In re Wolff,</u> 22 B.R.510, 512 (9th Cir. 1982).

**WHEREFORE**, the Trustee requests that the Trustee's opposition to confirmation of the plan be sustained.

DATED: 11/13/2023                   Respectfully submitted,

/s/Michael H. Meyer

Michael H. Meyer, Chapter 13 Trustee