**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 19-13821 - A - 13
Christina Chanae Hall,             ) Docket Control No. TCS-4
           Debtor.                 ) Document No. 27
                                   ) Date: 11/16/2023
                                   ) Time: 9:30 AM
                                   ) Dept: A
```

**Order**

For the reasons set forth in the court's minutes, docket number 66,

IT IS ORDERED that the motion to modify chapter 13 plan is DENIED AS MOOT.

Dated: November 17 2023

Honorable Jennifer E. Niemann
United States Bankruptcy Judge

[27] - Motion/Application to Modify Chapter 13 Plan [TCS-4] Filed by Debtor Christina Chanae Hall (isaf)