**3**

**Timothy C. Springer, Esq.** #207229
Nancy D. Klepac, Esq. #253896
LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. West, Suite 102
Fresno, CA 93705
Telephone: (559) 225-3622
Facsimile: (559) 225-3459
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re:

CHRISTINA HALL

　　　　Debtor

Case No. 19-13821-A-13F

DCN: TCS-5

CHAPTER 13

<u>Hearing date and Time:</u>
Date: December 14, 2023
Time: 9:30 A.M.
Dept: A
Ctrm: 11(5th Floor)
United States Bankruptcy Court
2500 Tulare Street
Fresno, California 93721-1318
Judge Jennifer Niemann

## AMENDED MOTION FOR AUTHORIZION TO INCUR DEBT

　　The Debtor, Christina Hall, (hereinafter referred to as "Debtor"), previously received authorization to use the insurance money from her prior vehicle being totaled and an amount not to exceed $20,000.00 to be paid over 72 months at an interest rate of 14.95% to purchase a vehicle. (TCS-3) Interest rates have since increased and the Debtor is now seeking authorization to purchase a vehicle with an interest rate not less than 25%. In support of this Amended Application, the Debtor states the following:

APPLICATION FOR AUTHORIZATION TO INCUR DEBT　　　　　　　　　　　1

1) Debtor commenced this case on September 3, 2019 and the Chapter 13 Plan was confirmed on January 7, 2020

2) The Debtor's Plan is current.

3) On July 20, 2023, the Debtor was in a vehicle accident and her car was totaled.

4) In October of 2023, this court authorized the Debtor to put the money received from the insurance company down towards the purchase of a new vehicle with an interest rate of 14.95%.

5) The duration of time since the Motion to Incur debt was drafted caused the offer to expire.

6) New interest rates are now higher than they were before.

7) The Debtor is trying to purchase a vehicle through Enterprise and the banks they use to finance buyers require a court authorization that matches their rates.

8) The highest the rate through Enterprise would be 24.99%.

9) The Debtor is looking at Ford Escapes, Jeep Compass' and similar vehicles with years between 2020 to 2022 and prices between $21,000 to $25,000.

10) With the down payment the amount of $20,000 authorized by the previous motion is still sufficient to purchase a vehicle.

11) This Amended Application seeks to increase the interest rate authorized so that the Debtor can purchase a vehicle I with an interest rate not to exceed 25%.

12) This change is not expected to substantially change the modified plan that is on file, but if necessary, the Debtor shall file a new modified plan with the new vehicle payment.

13) The distribution to the unsecured creditors shall not decrease from the current 1%.

14) The Debtor has only 11 months remaining on her bankruptcy plan.

**APPLICATION FOR AUTHORIZATION TO INCUR DEBT**　　　2

15) Amended Schedules I and J demonstrate the Debtor's ability to make both her plan payment and her proposed vehicle payment.

16) The Debtor does not believe any creditors will be biased by the granting of this motion.

17) For all the reasons set out above, the Debtor believes that the granting of this motion will not materially or adversely affect the interests of any creditor or the Debtor's prospects for successful completion of the Chapter 13 plan in this case.

THEREFORE, the Debtor move this honorable Court for authorization to incur debt in an amount not to exceed $20,000.00 at an interest rate not to exceed 25% to purchase a vehicle and prays for such other and further relief as is just and proper.

Dated: November 22, 2023

_/s/ Nancy D. Klepac_
Nancy D. Klepac
Attorney for Debtors